# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2001
Owner: Socorro Molina de Pena, et al.
Acres: 1.959

**Being** a 1.959 acre (85,337 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas being out of the remainder of a called 56.82 acre tract conveyed to Donaciano Molina by Surface Rights Partition Deed recorded in Volume 137, Page 124, Deed Records of Starr County, Texas (Tract "L") and being the same tract of land conveyed to Irma Serna Molina, Arnoldo Molina Jr., Irma Molina, Rebecca Molina, Veronica Molina and Socorro Molina Pena by Affidavit of Heirship recorded in Volume 1261, Page 434, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a U.S. Fish & Wildlife Service aluminum monument found at the southeast corner of a called 222.81 acre tract conveyed to the United States of America by Correction Warranty Deed recorded in Volume 747, Page 566, Official Records of Starr County, Texas ("Lower Rio Grande Valley National Wildlife Refuge Tract (630)"), the northeast corner of the remainder of the 56.82 acre tract, an interior corner of Share 28-B and the southeast corner of Share 57-D, said point being in the west line of a called 23.5131 acre tract recorded in Volume 414, Page 698, Deed Records of Starr County, Texas, said point having the coordinates of N=16683574.886, E=787650.191;

**Thence:** N 80-31-16 W (S 80-45-00 E, Record), departing the west line of the 23.5131 acre tract, with the south line of the 222.81 acre tract and the north line of the remainder of the 56.82 acre tract, for a distance of 539.11' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2000-1=2001-1" for the **Place of Beginning** and northeast corner of Tract RGV-RGC-2001, said point being in the south line of the 222.81 acre tract and the north line of the remainder of the 56.82 acre tract, said point having the coordinates of N=16683663.668, E=787118.446, said point bears N 27-07-43 W, a distance of 3472.35' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** S 14-35-48 W, departing the south line of the 222.81 acre tract, over and across the remainder of the 56.82 acre tract, passing at 279.31' the north line of RGV-RGC-R1318, passing at 309.43' the south line of RGV-RGC-R1318, continuing for a total distance of 426.28' to a set

## SCHEDULE C (Cont.)

5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2001-2=2002-4" for the southeast corner of Tract RGV-RGC-2001, said point being in the south line of the remainder of the 56.82 acre tract and the north line of a called 58.32 acre tract conveyed to Ileana E. Canales (Undivided Interest) by Deed of Gift recorded in Volume 1090, Page 328, Official Records of Starr County, Texas, being the same tract of land conveyed to Angelica Peña Fierras, Emma Peña De Salinas, Oscar Mario Peña, Aaron Peña and Albar Antonio Peña by Affidavit recorded in Volume 413, Page 832, Deed Records of Starr County, Texas, being the same tract of land conveyed to Bianca P. Calvert by Order Admitting Will to Probate and Authorizing Issuance of Letters Testamentary as recorded in Volume 1327, Page 610, Official Records of Starr County, Texas (Cause No. 2010-PC-2596) and being the same tract of land conveyed to Ester Molina Vde. Peña by Surface Rights Partition Deed recorded in Volume 137, Page 124, Deed Records of Starr County, Texas (Tract "M");

Thence: N 80-45-00 W (N 80-45-00 W, Record), with the south line of the remainder of the 56.82 acre tract and the north line of the 58.32 acre tract, for a distance of 200.87' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2001-3=2002-3" for the southwest corner of Tract RGV-RGC-2001, said point being in the south line of the remainder of the 56.82 acre tract and the north line of the 58.32 acre tract;

Thence: N 14-35-48 E, departing the north line of the 58.32 acre tract, over and across the remainder of the 56.82 acre tract, passing at 122.88' the south line of RGV-RGC-R1318, passing at 155.82' the north line of RGV-RGC-R1318, continuing for a total distance of 427.09' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2000-2=2001-4" for the northwest corner of Tract RGV-RGC-2001, said point being in the north line of the remainder of the 56.82 acre tract and the south line of the 222.81 acre tract;

Thence: S 80-31-16 E (S 80-45-00 E, Record), with the south line of the 222.81 acre tract and the north line of the remainder of the 56.82 acre tract, for a distance of 200.80' to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 80°45'00" W | 200.87' | N 80°45'00" W | N/A |
| L2 | S 80°31'16" E | 200.80' | S 80°45'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16683663.668 | 787118.446 | RGV-RGC-2000-1=2001-1 |
| 2 | 16683251.143 | 787011.017 | RGV-RGC-2001-2=2002-4 |
| 3 | 16683283.432 | 786812.755 | RGV-RGC-2001-3=2002-3 |
| 4 | 16683696.737 | 786920.387 | RGV-RGC-2000-2=2001-4 |
| 5 | 16683574.886 | 787650.191 | POC RGV-RGC-2000 2001 |

**NOTES:**

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

TRACT No. RGV-RGC-2001
GRANTORS:

SOCORRO MOLINA DE PENA
IRMA SERNA MOLINA
ARNOLDO MOLINA, JR., INDIVIDUALLY
ARNOLDO MOLINA, JR., REMAINDERMAN
IRMA MOLINA, INDIVIDUALLY
IRMA MOLINA, REMAINDERMAN
REBECCA MOLINA, INDIVIDUALLY
REBECCA MOLINA, REMAINDERMAN
VERONICA MOLINA, INDIVIDUALLY
VERONICA MOLINA, REMAINDERMAN

⟨1⟩ OWNERSHIP INFORMATION

ESTER MOLINA VDE. PEÑA
SURFACE RIGHTS PARTITION DEED
VOL. 137, PG. 124 DRSC
("TRACT 'M'")

ANGELICA PEÑA FIERRAS, EMMA PEÑA DE SALINAS, OSCAR MARIO PEÑA, AARON PEÑA & ALBAR ANTONIO PEÑA
AFFIDAVIT
VOL. 413, PG. 832 DRSC

ILEANA E. CANALES
(UNDIVIDED INTEREST)
CALLED 58.32 ACRES
VOL. 1090, PG. 328 ORSC

BIANCA P. CALVERT
ORDER ADMITTING WILL TO PROBATE & AUTHORIZING ISSUANCE OF LETTERS TESTAMENTARY
VOL. 1327, PG. 610 ORSC
(CAUSE NO. 2010-PC-2596)

⟨2⟩ OWNERSHIP INFORMATION

JISSELL IMELDA VELA DE WILLIAMS & JESSICA MAGDALENA VELA DE GARCIA
PORTION OF
CALLED 158.68 ACRES
DEED OF GIFT
VOL. 793, PG. 596 ORSC
("FIRST TRACT")

VILMA OLIVIA DEL SOCORRO AGUILAR IZQUIETA, CLAUDIA ROSANA AGUILAR DE BARTOLOMEO & ERIKA LIZ AGUILAR DE GONZALEZ
DEED OF GIFT
VOL. 792, PG. 331 ORSC
("SECOND TRACT")

LUIS ALBERTO SIERRA RAMOS, ALMA MARICELA SIERRA DE VASQUEZ, JORGE ANTONIO SIERRA RAMOS, ERIK FERNANDO SIERRA RAMOS & ELDA LIZETTE SIERRA RAMOS
DEED OF GIFT
VOL. 792, PG. 329 ORSC
("SECOND TRACT")

OLIVIA GARCIA DE RAMOS & ELIZA GARCIA DE VELA
DEED OF GIFT
VOL. 329, PG. 21 DRSC
("TRACT 'N'")

MAGDALENA MOLINA VDE. DE GARCIA
CALLED 74.80 ACRES
SURFACE RIGHTS PARTITION DEED
VOL. 137, PG. 124 DRSC
("TRACT 'N'")



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | |
|---|---|
| **METES & BOUNDS SURVEY**<br>**SOCORRO MOLINA DE PENA, ET AL**<br>(SEE SHEET 4)<br>**TRACT No. RGV-RGC-2001**<br>**STARR COUNTY         TEXAS** | Drawing Ref. No. SHEET 4 OF 6 |



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract: RGV-RGC-2001
Owner: Socorro Molina de Pena, et al.
Acreage: 1.959

# SCHEDULE E

## **SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-2001
Owner: Socorro Molina de Pena, et al.
Acres: 1.959

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyances recorded in the Official Public Records of Starr County, Texas, on January 25, 1945, in Volume 137, Page 124, Document Number 1945-22533, and Affidavit of Heirship recorded in the Official Records of Starr County, Texas, on January 11, 2010, in Volume 1261, Page 434, Document Number 1972-287980, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-FOUR THOUSAND DOLLARS AND NO/100 ($24,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Socorro Molina Pena**<br>**Irma Serna Molina**<br>**Marco Arnoldo Molina, Jr.**<br>**Luis Eduardo Molina**<br>**Irma Molina**<br>**Rebecca Molina**<br>**Veronica Molina**<br><br>████████<br><br>Or<br><br>████████ | **RGV-RGC-2001**<br>Partition Deed dated January 3, 1945, recorded in Volume 137, Page 124, Official Public Records, Starr County, Texas<br><br>Affidavit of Heirship, dated December 29, 2009, recorded in Volume 1261, Page 434, Official Public Records, Starr County, Texas |
| **Ameida Salinas**<br>100 N FM 3167, Ste 201<br>Rio Grande City, Texas 78582 | **Starr County Tax Assessor** |