United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § § § § § § § § § | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. 7:20-cv-00323 |
| 1.959 ACRES OF LAND, more or less, in STARR COUNTY, TEXAS; et al., | |
| Defendants. | |

## **ORDER**

In light of the proclamations and orders of various authorities recognizing the COVID-19 pandemic and limiting travel and person-to-person contact,[1] the Court **ORDERS** that the parties' April 13, 2021 initial pretrial conference will be conducted using the Zoom for Government videoconference application (www.zoomgov.com). Courtroom business attire will be required of all attorneys during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details regarding the methods of participation in the videoconference to the parties on the business day prior to the scheduled hearing. All parties intending to appear at the videoconference should have current contact information on file with the Clerk of the Court.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of April 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] *See* Proclamation No. 9994, 85 Fed. Reg. 15,337 (Mar. 13, 2020) (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak); *In Re: Court Operations in the McAllen Division Under the Exigent Circumstances Created by the COVID-19 Pandemic*, Spec. Order No. M-2021-3 (S.D. Tex. Apr. 1, 2021), https://www.txs.uscourts.gov/sites/txs/files/Special%20Order%20M-2021-03%20Court%20Operations%20in%20the%20McAllen%20Division%20During%20COVID-19.pdf.